UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GEYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS A. FERRARA, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0501 JAM AC P<br><br><br>ORDER |

By order filed April 17, 2019, plaintiff's complaint was dismissed and he was given thirty days to file an amended complaint. ECF No. 7. Thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within fourteen days of the service of this order. Failure to file an amended complaint will result in a recommendation that this action be dismissed without further warning.

DATED: May 30, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE